No. 81–816.   MASSACHUSETTS DEPARTMENT OF PUBLIC
WELFARE ET AL. *v.* NEWFIELD HOUSE, INC., ET AL.   C. A.
1st Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE
O'CONNOR would grant certiorari.